District Court, Denver County, Colorado
Court Address: 1437 Bannock Street, room 256
Denver, CO 80202

BRIAN BATH;

Plaintiff(s):
v.
Defendant(s):

EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC;
EQUIFAX INFORMATION SERVICES LLC.;
LEXISNEXIS RISK SOLUTIONS, INC.;
AMERICAN EXPRESS COMPANY;
DISCOVER FINANCIAL SERVICES;
BANK OF AMERICA;
J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES;
ONEMAIN FINANCIAL SERVICES, INC.;
CITIBANK, N.A.;
WELLS FARGO MERCHANT SERVICES, LLC;
BARCLAYS BANK PLC;
BANK OF MISSOURI, dba OLLO;
CAPITAL ONE, N A;
JANE AND DOES 1 – 100;

▲ COURT USE ONLY ▲

Case Number:
18CV630

Division:          Courtroom:

18 DEC 10 PM 1:40

**DISTRICT COURT CIVIL SUMMONS**

TO THE ABOVE-NAMED DEFENDANT: Experian Information Solutions Inc.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated:    CLERK OF THE DISTRICT COURT
          DEPUTY CLERK

          DEC 10 2018

Clerk of Court/Clerk

Signature of Plaintiff
5994 S Holly St, Ste., 244, Englewood, CO 80111
bwallace2012@aol.com
303.517.1360

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

WARNING: A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

JDF 600   R10-13   DISTRICT COURT CIVIL SUMMONS



| | |
|---|---|
| District Court, Denver County, Colorado<br>Court Address: 1437 Bannock Street, room 256<br>Denver, CO 80202 | 18 DEC 10 PM 1:40 |
| BRIAN BATH;<br><br>Plaintiff(s):<br>v.<br>Defendant(s):<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION LLC;<br>EQUIFAX INFORMATION SERVICES LLC.;<br>LEXISNEXIS RISK SOLUTIONS, INC.;<br>AMERICAN EXPRESS COMPANY;<br>DISCOVER FINANCIAL SERVICES;<br>BANK OF AMERICA;<br>J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES;<br>ONEMAIN FINANCIAL SERVICES, INC.;<br>CITIBANK, N.A.;<br>WELLS FARGO MERCHANT SERVICES, LLC;<br>BARCLAYS BANK PLC;<br>BANK OF MISSOURI, dba OLLO;<br>CAPITAL ONE, N A;<br>JANE AND DOES 1 – 100; | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br><br>Phone Number: E-mail: | Case Number: 18CV630 |
| **CLASS ACTION COMPLAINT** | |

Plaintiff, Brian Bath, on behalf of himself and all similarly situated individuals, allege as follows:

1. The Plaintiff brings this matter as a class action against the Defendants and prays for remedy and relief for himself and the class he proposes to represent for the Defendant's violations of State and Federal laws of Theft and Fraud.

2. Fraud: "An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right".
See Black's Law Dictionary, 5th edition, page 337.

3. Fraudulent conversion:" receiving into possession money or property of another and fraudulently withholding, converting or applying the same to or for one's own use and benefit, or to use and

benefit of any person other than the one whom the money or property belongs". See Black's Law Dictionary, 5th edition, page 338.

4. Theft: "The taking of property without owner's consent".
   See Black's Law Dictionary, 5th edition, page 768.

5. Specific Performance" The remedy of performance of a contract in the specific form in which it was made, or according to the precise terms agree upon".
   See Fed. R Civil P. 70. Black's Law Dictionary, 5th edition, page 593

6. Defendants Experian, Trans, and Equifax are "consumer reporting agency" that selectively decides which information to provide to consumers that request the FCRA-governed information in its possession and which information it will hide from consumers. It withholds certain information in order to minimize its compliance costs and to avoid customer service inquiries directed at it and its business partners. These business partners include, LexisNexis, a third party that sells public record information to Defendant, Experian then, in turn, processes disputes regarding that public record information via the "ACDV" system.

7. Defendants Experian, Trans, and Equifax systemically misrepresent to consumers the source of the public record information (such as civil judgments, tax liens, and bankruptcies) that it places on their consumer reports, in violation of 15 U.S.C. § 1681g(a)(2). Experian Information Solutions thus deprives consumers of valuable congressionally-mandated information and makes it more difficult for consumers, such as Plaintiff and the putative class members, to correct errors relating to these public records that are caused by Defendants and/or its private vendor sources, but not by any courthouse or other government body that Experian often misidentifies as its "source."

8. In or around March 2017, the Defendants, Experian, Trans, and Equifax, sold or provided a consumer report on Plaintiff to Factual Data, who in turn compiled the report into a tri-merge consumer report on Plaintiff, who in turn sold the tri-merge consumer report to AMEX, BOA, Wells Fargo, Discover, Barclays, Ollo, CitiBank, Chase, Capital One, Synchrony Bank, and OneMain. Reference: District Court Case, Soutter v. Defendant(s), LLC, Civil Action No. 3:10-cv-514-HEH (E.D. Va.).

9. Defendants Experian, Trans, and Equifax never identify "private vendor" and or LexisNexis as the source of the public record information that makes its way into the consumer credit files that it sells. Accordingly, Plaintiff alleges a class-claim under 15 U.S.C. § 1681g(a)(2). The Plaintiff requested a full copy of his credit file from Defendants Experian, Trans, and Equifax. When the Defendants Experian, Trans, and Equifax, responded to request, it violated 15 U.S.C. § 1681g(a)(2) because it misrepresented the source of the public record information contained in his file disclosure.

10. Plaintiff is a Consumer who resides in Colorado.

11. Defendant Experian Information Solutions, Inc., (Experian) is a consumer reporting agency located in Costa Mesa, CA.

12. Defendant Trans Union, LLC., (Trans) is a consumer reporting agency located in Chicago, IL.

13. Defendant Equifax Information Services, LLC., (Equifax) is a consumer reporting agency located in Atlanta, GA.

14. Defendant LexisNexis Risk Solutions Inc., (Lexis) is a computer-assisted legal research agency located in Alpharetta, GA.

15. Defendant American Express., (AMEX) is a financial services corporation located in New York, NY.

16. Defendant Discover Financial Services., (Discover) is a financial services corporation located in Riverwoods, IL.

17. Defendant Bank of America., (BOA) is a financial services corporation located in Wilmington, DE.

18. Defendant JPMorgan Chase & Co., (Chase) is a Foreign Corporation located in New York, NY.

19. Defendant OneMain Financial Group, LLC., (OneMain) is a Foreign Limited Liability Company located in Baltimore, MD.

20. Defendant Citibank, N.A., (Citi) is a Foreign Other Company located in New York NY.

21. Defendant Wells Fargo Merchant "Card" Services, LLC (Wells Fargo) is a Foreign Limited Liability Company located in Des Moines IA.

22. Defendant Barclays Bank PLC (Barclays) is a Foreign Corporation, Colorado Registered Agent is The Corporation Company located 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States.

23. Defendant Ollo, is a financial services corporation located in Bethpage, NY.

24. Defendant Capital One, National Association (Capital One) is a Foreign Other located in McLean, V.A.

25. Plaintiff on or about March 2017, added a Fraud Alert to Consumers Credit file on Experian, Trans, and Equifax, stating, "Do not extend credit without first contacting me personally and verifying all application information at 303.517.1360".

26. Plaintiff has never consented, nor gave authorization to Defendants to review the Consumers credit file; and was never notified and asked for Plaintiff consent or authorization to review credit file by Defendants.

27. In or around March 2017 to present day, November 12, 2018, Plaintiff learned that accounts were being reported inaccurately on Plaintiff Consumer credit report. Additionally, during this time, Plaintiff learned that the Defendant(s), Experian, Trans, Equifax, had allowed the other Defendant(s), AMEX, BOA, Wells Fargo, Discover, Barclays, Ollo, CitiBank, Chase, Capital One, Synchrony Bank, and OneMain access to his consumer reports without permissible purposes. At this time Plaintiff is unaware as to whether these inaccuracies were caused by

identity theft. See, e.g., Wright v. *Experian* Information Solutions, Inc. et al, No. 1:2012cv03268 ... 146 (D. *Colo.* 2014); Curran v. Experian Information Solutions, Inc. Civil Action No. 12-cv-02425-CMA-KLM (D. Colo 2013).; Saunders v. TransUnion, LLC, 3:05cv731-DWD. Magalong v. Defendant(s) LLC 1:17-cv-00862. See Exhibit B

28. Plaintiff has filed complaints against the Defendants, regarding the issue of Fraud and Theft with a Notice stating these violations to the Comptroller of the Currency, (OCC) and Consumer Financial Protection Bureau, (CFPB) as follows:

    a. Experian: Complaint # 180619-3249563
    b. Trans: Complaint # 180707-3298829
    c. Equifax: Complaint # 180619-3249226
    d. Lexis: Complaint # 181113-3623501
    e. AMEX: Complaint # 181105-3606692
    f. Discover: Complaint # 181105-3606688
    g. BOA: Complaint # 181105-3606686
    h. Chase: Complaint # 180630-3280929
    i. OneMain: Complaint # 181105-3604055
    j. Citibank: Complaint # 181105-3606693
    k. Wells Fargo: Complaint # 180630-3280929
    l. Barclays: Complaint # 181106-3607634
    m. Capital One: Complaint # 181106-3607178

29. Defendants willfully and negligently violated the FCRA, 15 U.S.C. 1681s-2(b), by failing to conduct a reasonable investigation into Plaintiffs dispute, including failing to review and by failing to mark the tradeline as disputed.

30. The Defendant(s) Experian, Trans, and Equifax, willful, negligent actions of Theft and Fraud and violations of the Fair Credit Reporting Act, (FCRA) caused the Plaintiff actual damages, including but not limited to reduction in credit score, harm to reputation, embarrassment, worry, stress, inconvenience, lost credit opportunities, and emotional distress.

31. Defendants, AMEX, BOA, Wells Fargo, Discover, Barclays, Ollo, CitiBank, Chase, Capital One, Synchrony Bank, and OneMain violations of the FCRA caused the Plaintiff actual damages including harm to reputation and reduction in credit score.

WHEREFORE, Plaintiff prays for the following relief:

a. Actual damages to be determined at trail;
b. Punitive damages to be determined at trail;
c. Attorney fees and cost.
d. For such other relief as may be proper.

_____
Plaintiff

P.O. Box 9701
Allen, TX 75013

Exhibit B



0007011 02 M8 0.421 **AUTO 15 0 7246 80111-422194 -C02-P07018-1
BRIAN E BATH
5994 S HOLLY STREET BOX 224
GREENWOOD VILLAGE CO 80111-4221



# Dispute Results

Report # 0610-5440-48 for 10/12/18

# BRIAN E BATH

## Dispute Results

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

### How to read your results

**Deleted** - This item was removed from your credit report.

**Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.

**Updated** (Your results will indicate which one of the following applies.)

• The information you disputed has been updated. Please review your report for the details.

• The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

• The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

• Information on this item has been updated. Please review your report for the details.

**Processed** - This item was either updated or deleted; Please review your report for the details.

If our reinvestigation has not resolved your dispute, you have several options:

• You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

• You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

• You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

• You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your

0029429279

Exhibit B

BRIAN E BATH | Report # 0610-5440-48 for 10/12/18

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared with others

The section below lists companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

**AMERICAN EXPRESS** PO BOX 31525  SALT LAKE CITY UT 84131 (800) 874 2717
Address identification number: 0152888488
Date Oct 1, 2018 Reason Unspecified. This inquiry is scheduled to continue on record until Nov 2020.

**AMERICAN EXPRESS**    No phone number available
Address identification number: 0152888488
Date Sep 27, 2018 Reason Unspecified. This inquiry is scheduled to continue on record until Oct 2020.

**DISCOVER FINANCIAL SERVI** 12 READS WAY  NEW CASTLE DE 19720 (800) 347 2683
Address identification number: 0152888488
Date Sep 27, 2018 Reason Unspecified. This inquiry is scheduled to continue on record until Oct 2020.

**BK OF AMER** PO BOX 982238  EL PASO TX 79998 (800) 421 2110
Address identification number: 0885251803
Date Jun 29, 2018 Reason Unspecified. This inquiry is scheduled to continue on record until Jul 2020.

**CHASE CARD** PO BOX 15298  WILMINGTON DE 19850 (800) 432 3117
Address identification number: 0801715880
Date Jun 29, 2018 Reason Unspecified. This inquiry is scheduled to continue on record until Jul 2020.

**ONEMAIN** PO BOX 59  EVANSVILLE IN 47701 (800) 382 7951
Address identification number: 0152888488
Date Jun 18, 2018 Reason Unspecified. This inquiry is scheduled to continue on record until Jul 2020.

**DISCOVER FINANCIAL SERVI** 12 READS WAY  NEW CASTLE DE 19720 (800) 347 2683
Address identification number: 0167279183
Date Jun 7, 2018 Reason Unspecified. This inquiry is scheduled to continue on record until Jul 2020.

**BK OF AMER** PO BOX 982238  EL PASO TX 79998 (800) 421 2110
Address identification number: 0629255256
Date Apr 28, 2017 Reason Unspecified. This inquiry is scheduled to continue on record until May 2019.

**CITI CARDS/CITIBANK** PO BOX 6000  SIOUX FALLS SD 57117 (888) 766 2484
Address identification number: 0776379003
Date Apr 28, 2017 Reason Unspecified. This inquiry is scheduled to continue on record until May 2019.

**WF CRD SVC** PO BOX 14517  DES MOINES IA 50306 (800) 642 4720
Address identification number: 0776379003
Date Apr 28, 2017 Reason Unspecified. This inquiry is scheduled to continue on record until May 2019.

**BARCLAYS BANK DELAWARE** 100 SOUTH WEST AVE WILMINGTON DE 19801 (877) 523 0478
Address identification number: 0801715880
Date Apr 26, 2017 Reason Unspecified. This inquiry is scheduled to continue on record until May 2019.

**OLLO/TBOM/CWS** PO BOX 9222  OLD BETHPAGE NY 11804 (877) 494 0020
Address identification number: 0718415419
Date Apr 26, 2017 Reason Credit Granting. This inquiry is scheduled to continue on record until May 2019.

**CAP ONE NA** PO BOX 30281  SALT LAKE CITY UT 84130 (800) 955 7070
Address identification number: 0718415419
Date Apr 24, 2017 Reason Unspecified. This inquiry is scheduled to continue on record until May 2019.

**INTERNAL REVENUE SERVICE** 300 E 8TH ST  AUSTIN TX 78701 No phone number available
Address identification number: 0801715880
Date Feb 23, 2017 Reason Unspecified. This inquiry is scheduled to continue on record until Mar 2019.

**CAP ONE NA** PO BOX 30281  SALT LAKE CITY UT 84130 (800) 955 7070
Address identification number: 0801715880
Date Oct 23, 2016 Reason Unspecified. This inquiry is scheduled to continue on record until Nov 2018.

### Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application;
- insurance underwriting (auto or home).

These inquiries DO NOT affect your credit score and are not seen by anyone but you (except insurance companies may be able to see other insurance company inquiries).

**AMEX**  PO BOX 981537    EL PASO TX 79998 No phone number available
Date of inquiry: Oct 11, 2018; Oct 01, 2018; Sep 27, 2018

**CIC EXPERIAN CREDITWORKS** 535 ANTON BLVD STE 100 COSTA MESA CA 92626 (866) 431 3471
Date of inquiry: Oct 11, 2018; Oct 01, 2018; Sep 27, 2018; Sep 24, 2018; Sep 13, 2018; Sep 10, 2018; Aug 27, 2018; Aug 14, 2018; Aug 13, 2018; Jul 31, 2018; Jul 30, 2018; Jul 26, 2018; Jul 22, 2018; Jul 21, 2018